UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-25137-GAYLES/OTAZO-REYES

**LEONARDO TUNDIDOR**,

    Plaintiff,

v.

**CARNIVAL CORPORATION**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation (the "Report"), [ECF No. 158], regarding Defendant Carnival Corporation's ("Defendant") Motion for Summary Judgment (the "Motion"), [ECF No. 88]. On December 30, 2022, the Court referred this case to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 142]. On December 12, 2022, Judge Otazo-Reyes issued her Report recommending that the Court deny Defendant's Motion for Summary Judgment. Defendant filed timely objections to the Report. [ECF No. 162]. Plaintiff filed timely responses to Defendant's objections. [ECF No. 165].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Otazo-Reyes' well-reasoned analysis and conclusion that Defendant's Motion for Summary Judgment, [ECF No. 88], be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation, [ECF No. 158], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendant Carnival Corporation's Motion for Summary Judgment, [ECF No. 88], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of August, 2023.

---
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE